USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

—v—

Javon Bussey,

             Defendant.

---

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Bussey's motion for compassionate release under 18

U.S.C. § 3582(c)(1)(A) sent by email.  The Government shall respond to this motion by May 25,

2020.  Mr. Bussey's reply, if any, shall be filed by May 27, 2020.

      SO ORDERED.

Dated: May 20, 2020
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge