# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

May 21, 2020

**By ECF**

Honorable Alison J. Nathan  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, James Roth is appointed as CJA counsel, *nunc pro tunc*, to represent the Defendant for the purpose of his compassionate release motion effective May 3, 2020.
>
> /s/ Alison J. Nathan

    **Re:** *United States v. Javon Bussey*  
           18 Cr. 442 (AJN)

Dear Judge Nathan:

    I am the attorney of record for Javon Bussey in the above-referenced case. I write to respectfully request that Your Honor issue an order appointing me as CJA Counsel - Nunc Pro Tunc - beginning on May 3, 2020. Mr. Bussey contacted me on that date in reference to filing a compassionate release motion. On May 20, 2020, I filed the motion.

    Thank you for your attention to this matter.

                                                  Very truly yours,

                                                  James Roth  
                                                  James Roth, Esq.

cc:    AUSA Jessica Greenwood  
        AUSA Ryan Finkel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020
```