USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Javon Bussey,

Defendant.

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

In light of the parties' agreement that there is no continuing need to maintain the records in this case under seal, the Court hereby ORDERS that the materials pertaining to Mr. Bussey's plea, sentencing, and compassionate release motion be unsealed.

Dated: September 23, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation