UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| –v– | 18-cr-442 (AJN) |
| Javon Bussey, | SEALED ORDER |
| Defendant. | |

ALISON J. NATHAN, District Judge:

Upon motion of Defendant for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and the Court having granted said motion by Opinion and Order dated June 12, 2020, re-sentenced the defendant to time served plus five years of Supervised Release, home confinement until August 6, 2021, and the following additional conditions:

IT IS ORDERED that:

1. Defendant upon release from the Bureau of Prisons shall self-quarantine for a period of 14 days at 1546 Selwyn Avenue, Apt. 2H, Bronx, New York 10457.

2. Defendant shall be subject to home confinement until August 6, 2021, **to be enforced by GPS Monitoring** at the residence approved by Probation.

3. In light of the COVID-19 pandemic, Defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

4. Defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

5. Defendant is to report to the Probation Department at 500 Pearl Street, 6th floor following 14 days of self-quarantine to have the GPS tracker affixed to his ankle.

6. Defendant shall comply with all the mandatory, standard, and special conditions set forth in the original Judgment and Conviction for a period of five years from the date of Defendant's release.

Dated: June 22, 2020
      New York, New York

*[signature]*
_____
ALISON J. NATHAN
United States District Judge